ACCEPTED
04-14-00667-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/19/2015 10:48:29 AM
KEITH HOTTLE
CLERK

CAUSE NUMBER 04-14-667-CV

_____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/19/2015 10:48:29 AM
KEITH E. HOTTLE
Clerk

RAMIRO AND EDNA RAMOS AND
FEDERICO SALAZAR, JR., APPELLANTS

V.

THE UNKNOWN HEIRS OF
TOMASA GONZALEZ AND
NARCISO GONZALEZ, APPELLEES

_____

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO TEXAS

_____

ON APPEAL FROM THE
381st JUDICIAL DISTRICT COURT
TRIAL CAUSE NO. DC-09-559
HON. J. MANUEL BANALES,
PRESIDING JUDGE

_____

THE APPELLEES' UNOPPOSED
MOTION FOR AN EXTENSION OF TIME
TO FILE THEIR REPLY BRIEF

_____

TO THE HONORABLE JUSTICES OF SAID COURT:

If this Motion is required under the circumstance of this case's present status, the Appellees motion this Court for an Order granting them an extension of time to file their Reply Brief in response to the Appellants' Reply Brief and, in support hereof, show the following:

HPLAPTOPAMD\DOCUMENTS\RRAMOS\EXTENSION3.mot                    **Page 1 of 4**

## I.  APPLICABLE RULES.

The Appellees did not find a Rule expressly-addressing whether there was a deadline to file their Reply Brief, especially when – as the Court's web docket shows on the date this Motion was electronically-filed– no submission date had been set in this case.

In an abundance of precaution, however, they motion this Court for an Order granting them an extension of time to file their Reply Brief to on or before 5:00 P.M., Friday, 21 August.

## III. FACTS IN SUPPORT OF THIS MOTION.

First, although the Appellants' Reply Brief is not voluminous and principally relied upon cases the parties cited in their original Briefs, the Appellees ask for a chance to again look for authorities and Record references that actually or reasonably support or rebut the Appellants' cases' joint and several alleged application to this appeal's reasoned disposition.

Second, the undersigned is a sole practitioner who, in addition to working on other trial and appellate projects, must do everything in this case including, and not limited to, research, writing, making appropriate copies, sending them, etc.

These duties also apply to his other pending projects.

## IV.  NUMBER OF EXTENSIONS.

This is the Appellees' first Motion, and barring some really strange unforeseen event, will be the only one.

## V. CONFERENCE WITH THE
## APPELLANTS' APPELLATE COUNSEL

The undersigned conferred with Mr. Miller about his input respecting this Motion's allegations, and he graciously stated that the Court could be informed that he did not oppose it.

Based on the foregoing facts, the Appellees motion this Court for an Order granting them an extension of time to file their Reply Brief in response to the Appellants' Reply Brief to on or before 5:00 P.M., Friday, 21 August.

Respectfully Submitted By:


\_\_\_\_ / JOHN A. OLSON/ _____

JOHN A. OLSON
Tex. Bar No. 15274750
20634 Creek River
San Antonio TX 78259-2084
210-307-0336      Office
210-402-3924      Fax
jaolson_ccda@yahoo.com

## CERTIFICATE OF SERVICE

I hand-delivered a copy of this Unopposed Motion, etc., to the Law Offices of Mr. Keith P. Miller and Ms. Megan C. Kucera, the Appellants' Attorneys, on 12 August 2015.

___ /JOHN A. OLSON/ _____

JOHN A. OLSON
jaolson_ccda@yahoo.com